UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Pamela Dorsett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10987-DRH |
| *Erica Marie Haas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11128-DRH |
| *Ashley Joanna Hicks v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10048-DRH |
| *Joy Irby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10731-DRH |
| *Kathryn McArdle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10724-DRH |
| *Penelope Nelson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10366-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 4, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    BY: /s/*Caitlin Fischer*
                                            **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.09.08 13:15:53 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT